USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/13/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOHO CO., LTD.,<br><br>                    Plaintiff,<br><br>        - against -<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED ON<br>SCHEDULE A TO THE COMPLAINT,<br><br>                    Defendants. | 26-CV-2765 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction ("TRO") previously entered in this matter (Dkt. No. 19) provided an incorrect date for the show cause hearing regarding Plaintiff's request for a preliminary injunction. The show cause hearing will be held on April 24, 2026, at 10 a.m. All other dates and deadlines included in the TRO remain unchanged.

**SO ORDERED.**

Dated:    13 April 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.