USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/5/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOHO CO., LTD.,<br><br>                    Plaintiff,<br><br>        - against -<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>                    Defendants. | **26-CV-2765 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

A show cause hearing on Plaintiff's request for a preliminary injunction is scheduled for May 8, 2026, at 3:00 p.m. Pursuant to the temporary restraining order ("TRO") previously entered in this action, Plaintiff was directed to serve Defendants with the Complaint and TRO by April 17, 2026, and to certify service on the docket. (See Dkt. No. 19.) To date, Plaintiff has not filed a certificate of service. Accordingly, Plaintiff is ordered to certify service on the docket.

Additionally, Plaintiff is directed to file a proposed preliminary injunction order prior to the May 8, 2026, hearing.

**SO ORDERED.**

Dated:    5 May 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.