AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| TOHO CO., LTD.,<br>*Plaintiff(s)*<br>v.<br>365CUSGIFTS et al.,<br>*Defendant(s)* | ) | Civil Action No. 26-cv-2765 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shegmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/2/2026

Tammi M. Hellwig

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | DISMISSED | DISMISSED | DISMISSED |
| 2 | DISMISSED | DISMISSED | DISMISSED |
| 3 | BLAS WAGON | Amazon | ANHN2534JOVSA |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED | DISMISSED |
| 6 | Donggiao2007amztb | Amazon | A2DOFHPDNSG73N |
| 7 | Flickly Cat | Amazon | A3NJQFY53QKTYG |
| 8 | hefeihuatuxinxizixun | Amazon | A3B21KNI1901U2 |
| 9 | DISMISSED | DISMISSED | DISMISSED |
| 10 | JKK Toys | Amazon | A2JAG6ZPRWM1DW |
| 11 | OwenStoreArt | Amazon | A2YLZW0KVCOIMS |
| 12 | SazahaStore | Amazon | A61ZNQHS0D0R3 |
| 13 | DISMISSED | DISMISSED | DISMISSED |
| 14 | DISMISSED | DISMISSED | DISMISSED |
| 15 | Vothiphan | Amazon | A31YJMXAF1ISZJ |
| 16 | Wang Wei Kang | Amazon | A1G8U3X27U24K9 |
| 17 | WeitanCrafts Co., Ltd | Amazon | A23ZK543MUB0RL |
| 18 | Wuhanshiwangshenfushangmaoyouxiangongsi | Amazon | A2GPJXQHOKI16 |
| 19 | DISMISSED | DISMISSED | DISMISSED |
| 20 | Zhou 6985Zuliang | Amazon | A301BUT3TTR9CH |
| 21 | AISHVI JEWELS | Walmart | 101502086 |
| 22 | BLUE STAR JEWELLERY | Walmart | 102604383 |
| 23 | BRICK SHOP | Walmart | 102874144 |
| 24 | C-craft | Walmart | 101586150 |
| 25 | DISMISSED | DISMISSED | DISMISSED |
| 26 | DIEU KHANG LTD | Walmart | 102576267 |
| 27 | DOO CREATIVE | Walmart | 102863756 |
| 28 | GALAXIMEX CO., LTD | Walmart | 102791998 |
| 29 | GameSitti | Walmart | 101545664 |
| 30 | GUTEE | Walmart | 102894097 |
| 31 | HONGJUNG | Walmart | 102925615 |
| 32 | HUTIESHANGMAO | Walmart | 102595042 |
| 33 | Jidong daily chemicals | Walmart | 102587647 |
| 34 | MINH THANH | Walmart | 102841733 |
| 35 | MOLIKE | Walmart | 102525722 |
| 36 | Plain Mode Store | Walmart | 102523512 |
| 37 | PrintCheer | Walmart | 102790813 |
| 38 | Printhood | Walmart | 102824975 |
| 39 | qiulengvp | Walmart | 101686471 |
| 40 | RXGTCCHA | Walmart | 102753938 |
| 41 | SHOUPUI.LLC | Walmart | 102499354 |
| 42 | DISMISSED | DISMISSED | DISMISSED |
| 43 | VAN VIET | Walmart | 102841757 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 44 | Viora Jewels | Walmart | 102673855 |
| 45 | DISMISSED | DISMISSED | DISMISSED |
| 46 | wenxikeji | Walmart | 102910885 |
| 47 | xiaoqintonghaoshuai | Walmart | 101645687 |
| 48 | xuanshiautosensor | Walmart | 101614104 |
| 49 | xuhankeji | Walmart | 102881778 |
| 50 | Zhimeixing | Walmart | 102514846 |
| 51 | adoemd | Temu | 634418215440799 |
| 52 | Blue Sky Art Studio | Temu | 634418224947870 |
| 53 | Flat flowers | Temu | 634418225129531 |
| 54 | Kioko | Temu | 634418225001269 |
| 55 | MatureGuyStyle | Temu | 634418222647935 |
| 56 | MuralHaven | Temu | 634418225776935 |
| 57 | N Loi decorative painting | Temu | 634418220225432 |
| 58 | Peace Diy Mouse | Temu | 634418223565469 |
| 59 | STRUCTURE BEAUTY | Temu | 634418224697718 |
| 60 | Hello Phone Case | Temu | 634418216710854 |
| 61 | avalahcase | Stand Alone | avalahcase.com |
| 62 | DISMISSED | DISMISSED | DISMISSED |
| 63 | Yooyapp | Stand Alone | yooyapp.online |
| 64 | DISMISSED | DISMISSED | DISMISSED |
| 65 | DISMISSED | DISMISSED | DISMISSED |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-2765

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 09/02/2026 .

❐ I personally served the summons on the individual at *(place)* ____________________

____________________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________

____________________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________________

____________________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because ____________________ ; or

✔ Other *(specify)*: On April 28, 2026, someone working under my supervision served Defendants via email, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 2, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/21/2026

/s/Shengmao Mu

*Server's signature*

Shengmao Mu, Attorney

*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019

*Server's address*

Additional information regarding attempted service, etc: